PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. L. GONZALEZ,<br><br>              Petitioner,<br><br>v.<br><br>B.M. TRATE,<br><br>              Respondent. | CASE NO. 1:23-CV-0904-SAB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 7) |

On September 29, 2023, Respondent requested an extension of time to November 1, 2023, to file a motion to dismiss or response to Petitioner's Writ of Mandamus because additional time is needed by the Bureau of Prisons to respond to Respondent's document request. (ECF No. 7.)

IT IS HEREBY ORDERED that the Respondent's request for an extension is GRANTED. The response is now due November 1, 2023.

IT IS SO ORDERED.

Dated: **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE