**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.L. GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B.M. TRATE,<br><br>　　　　　Respondent. | Case No. 1:23-cv-0904 JLT SAB (HC)<br><br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 9, 15) |

　　　　J.L. Gonzalez is a federal prisoner proceeding *pro se* with a petition for writ of mandamus pursuant to 28 U.S.C. § 1361.  (*See* Doc. 1.)  Respondent moved to dismiss the petition, asserting "Petitioner did not exhaust administrative remedies" and did not provide any support for his claims.  (Doc. 9 at 1.)  Respondent also asserts that even if Petitioner provided evidentiary support, he is not entitled to mandamus relief.  (*Id.* at 3-5.)

　　　　The magistrate judge found "the matters that are the subject of this Petition have not been administratively grieved through any of the three levels of the Federal Bureau of Prisons administrative remedy procedure."  (Doc. 15 at 3, internal quotation marks omitted.)  Rather, the magistrate judge observed, "it does not appear that Petitioner has even attempted to administratively grieve his claims at all."  (*Id.* at 4.)  The magistrate judge found Petitioner failed to show he was entitled to mandamus relief and recommended that the Court grant Respondent's motion to dismiss.  (*Id.* at 5.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 30 days. (Doc. 15 at 5.) The Court also advised that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 5-6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) The Court granted Petitioner an extension of time on September 30, 2024, and ordered him to file any objections within 30 days. (Doc. 17 at 1.) Petitioner did not file objections, and the time for doing so has passed.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The amended Findings and Recommendations issued on August 14, 2024 (Doc. 15) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 9) is **GRANTED**.
3. The petition for writ of mandamus is **DISMISSED**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 21, 2024**

UNITED STATES DISTRICT JUDGE

2